## 12567.  ANDERSON *v.* THE STATE.

LUKE, J.   The defendant in this case was charged with being upon a cer-
tain highway in an intoxicated condition, which intoxication was "made
manifest by boisterousness, by indecent condition and acting, and by
vulgar, profane and unbecoming language, and loud and violent dis-
course of the defendant while so intoxicated."   The evidence did not
authorize the defendant's conviction, since there was no proof that
upon the highway named he comported himself in the manner alleged.
It was therefore error to overrule the motion for a new trial.   See
*Davis* v. *State,* 14 *Ga. App.* 569 (81 S. E. 906), and cases cited.
<em>Judgment reversed.  Broyles, C. J., and Bloodworth, J., concur.</em><br>DECIDED JULY 26, 1921.

Accusation of drunkenness on highway; from city court of Daw-
son — Judge Edwards.   May 7, 1921.

The accusation was under the Penal Code, § 442, and charged
the drunkenness manifested by stated misconduct as having oc-
curred on the Dawson and Brownwood public road.   The evidence
did not show that the misconduct occurred on the public road desig-
nated, but showed that it occurred on a little road leading into the
highway designated, three or four hundred yards therefrom, and
in front of the home of witnesses. The accused and others with him
were driving toward the public road, and went to it; but the wit-
nesses did not know what occurred on the public road designated.
The accused was seen on the same day on the public road, standing

up in the buggy and beating the mule, apparently to make it go faster. He and his companions in the buggy were pursued by a deputy sheriff; they turned out of the public road into another side road, where, as the officer was overtaking them, the accused jumped from the buggy and fled. The officer supposed that the accused was drunk, but not "plumb drunk." He did not observe any boisterous conduct, or hear the accused say anything.

*Parks & Parks*, for plaintiff in error.

*W. H. Gurr, solicitor*, contra.